UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ACE ARTS, LLC,

               Plaintiff,

v.

SONY/ATV MUSIC PUBLISHING, LLC,

               Defendant.
-----------------------------------------------------------x

Civil Action No.:
1:18-cv-03396-AJN

## NOTICE OF VOLUNTARY DISMISSAL OF
## PLAINTIFF ACE ARTS, LLC CLAIMS AGAINST DEFENDANT

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Ace Arts, LLC hereby notifies this Court and the parties that they voluntarily dismiss, without prejudice all claims they asserted in this action against Defendant Sony/ATV Music Publishing, LLC. Neither an answer nor a summary judgment motion has been served on Plaintiff Ace Arts, LLC.

Dated: July 5, 2018

SQUITIERI & FEARON, LLP

By: _____
Lee Squitieri
32 East 57th Street
12th Floor
New York, New York 10022
Tel: (212) 421-6492
Fax: (212) 421-6553

Attorney for Plaintiff